UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDGAR UMANSOR,<br><br>                Plaintiff<br><br>    v.<br><br>MAINTENANCE DEPARTMENT, *et al.*,<br><br>                Defendants | Case No. 2:21-cv-01805-RFB-NJK<br><br>**ORDER** |

**I.     DISCUSSION**

On October 5, 2021, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before December 3, 2021. Docket No. 3 at 2. On October 15, 2021, Plaintiff filed a letter that purports to explain why he has not yet complied: he has not yet heard back from inmate accounts. Docket No. 4 at 2. The Court construes Plaintiff's letter as a request for an extension and now grants Plaintiff an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee on or before **January 19, 2022**. To the extent that Plaintiff's letter seeks other relief, it is denied.

Plaintiff is cautioned that letters seeking relief do not comply with the Court's local rules. The Court's rules provide that, except in circumstances not relevant here, "an attorney or pro se party must not send case-related correspondences, such as letters, emails, or facsimiles, to the court. All communications with the court must be styled as a motion, stipulation, or notice, and must be filed in the court's docket and served on all other attorneys and pro se parties." L.R. IA 7-1(b). Further, "[t]he court may strike any case-related correspondence filed in the court's docket that is not styled as a motion, stipulation, or notice." *Id.*

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's letter, which the Court construes as a motion for extension of time, Docket No. 4, is **GRANTED** as to that request alone. The letter is **DENIED** in all other respects.

IT IS FURTHER ORDERED that, on or before **January 19, 2022**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $402 fee for filing a civil action (which includes the $350 filing fee and the $52 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff is able to submit a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action.

DATED: December 20, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE